**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**DONALD LEE HATHORN**                                                                 **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 1:16cv83-HSO-JCG**

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS RECORDS**                                                **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Court's Order entered this date and incorporated herein by

reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 21st day of July, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE